975 F.2d 1549
 Gargiulo (Ann), Engle (Jeffrey), Behr (Philip), William E.
Russell & Sons, Inc., Steinberg (Paul), Gawchik (Sandra M.),
Waxman (Lionel A.), Richwall (Allan E.), Kahn (Barry L.),
Nadley (Harris), Rosen (Stephen), Trustee of Alon-Rosen,
Inc. Profit Sharing Plan, Lenart (Gene), Ledogar (Timothy),
Coren (Dennis)
v.
MGI Communications, Wagner (David J.), Grover (Charles V.);
Gargiulo (Ann), Engle (Jeffrey), Behr (Philip),
William E. Russell & Sons, Inc.,
Steinberg (Paul), Gawchik
 NOS. 92-1366, 92-1367
 United States Court of Appeals,
Third Circuit.
 Aug 28, 1992
 
 Appeal From: E.D.Pa.,
 VanArtsdalen, J.
 
 
 1
 AFFIRMED.